■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONNA MICHELE KLEIN, Appellant.— Appeal by defendant from a judgment of the County Court, Suffolk County, rendered April 7, 1967, convicting her of petit larceny, on a plea of guilty, and sentencing her to a maximum term of three years in the New York State Reformatory for Women at Westfield State Farm.

Defendant contends the sentence is harsh and severe and should be reduced by this court (Code Crim. Pro., § 543). Judgment modified, on the law and the facts, by reducing the sentence to one year. Under the circumstances of this case the sentence was excessive. Beldock, P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.